

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00172-CR

| | | |
|---|---|---|
| Steve Robert Patterson | § | From the 235th District Court |
| | § | of Cooke County (10-00267) |
| v. | § | May 14, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment.  We affirm the trial court's judgment of conviction but reverse the trial court's judgment as to punishment and remand this case to the trial court for a new trial on punishment only.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
     Justice Sue Walker